# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LOWELL KENTZ,<br><br>    Plaintiff,<br><br>    v.<br><br>EARLENE SMITH,<br><br>    Defendant.<br>_____/ | CASE NO. 1:04-CV-06066-REC-LJO-P<br><br>ORDER FINDING SERVICE OF SECOND AMENDED COMPLAINT APPROPRIATE, AND DIRECTING PLAINTIFF TO COMPLETE SERVICE OF PROCESS WITHIN ONE-HUNDRED TWENTY DAYS<br><br>(Doc. 18)<br><br>ORDER DIRECTING CLERK'S OFFICE TO PROVIDE DOCUMENTS TO PLAINTIFF |

I.  Order Directing Plaintiff to Initiate Service of Process

Plaintiff Charles Lowell Kentz ("plaintiff") is a federal prisoner proceeding pro se in this civil action pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors. Plaintiff filed this action on August 9, 2004. The court has screened plaintiff's second amended complaint pursuant to 28 U.S.C. § 1915A and finds that plaintiff's complaint appears to state a cognizable claim for relief against defendant Earlene Smith for discriminating against plaintiff on the basis of his sexual orientation, in violation of the Equal Protection Clause. Fed. R. Civ. P. 8.

Plaintiff paid the filing fee in full for initiating this action. Because plaintiff is not proceeding in forma pauperis, it is plaintiff's responsibility to effect service of the summons and complaint on defendant Smith. The Clerk of the Court will be directed to issue one summons to plaintiff for purposes of service of process. See Fed. R. Civ. P. 4.

1  Plaintiff shall complete service of process in accordance with Federal Rule of Civil Procedure
2  4 within one-hundred twenty (120) days from the date of service of this order. Plaintiff shall serve
3  a copy of this order on defendant together with a copy of the summons and second amended
4  complaint. The following two sections contain instructions on how to serve defendant.

5  A.  <u>Waiver of Service</u>

6  Pursuant to Rule 4(d)(2), plaintiff may (but is not required to) notify defendant Smith of the
7  commencement of this action and request that she waive service of the summons. Fed. R. Civ. P.
8  4(d)(2). If plaintiff wishes to do this, he must mail defendant (1) the form entitled "Notice of
9  Lawsuit and Request for Waiver of Service for Summons," (2) the form entitled "Waiver of Service
10 of Summons," and (3) a copy of the second amended complaint. The documents must be addressed
11 directly to each defendant and must be dispatched (mailed) through first-class mail. The Waiver of
12 Service of Summons form must set forth the date on which the request is sent and must allow
13 defendant at least thirty (30) days in which to return the waiver to plaintiff. If defendant signs and
14 returns the waiver form to plaintiff, plaintiff must then file the form with the court. After filing the
15 form with the court, plaintiff need not take any further steps to serve defendant. Fed. R. Civ. P.
16 4(d)(4).

17 B.  <u>Personal Service</u>

18 If either (1) plaintiff does not wish to request defendant to waive service <u>or</u> (2) defendant fails
19 to return the Waiver of Service of Summons form to plaintiff, plaintiff must have personal service
20 effected on defendant. Defendant must be personally served with a summons and copy of the second
21 amended complaint, along with a copy of this order. <u>Plaintiff may not effect personal service</u>
22 <u>himself</u>. Fed. R. Civ. P. 4(c). <u>Service may be effected by any person who is not a party to this action</u>
23 <u>and who is at least eighteen years old</u>. <u>Id</u>. The court will provide plaintiff with a copy of Rule 4
24 along with this order. Plaintiff should review Rule 4(e)(2), which addresses how personal service
25 may be effected.

26 C.  <u>Conclusion</u>

27 In accordance with the above, IT IS HEREBY ORDERED that:

28 1.  The Clerk of the Court is directed to issue and send plaintiff one (1) summons.

2. The Clerk is further directed to send plaintiff:

    a) One (1) copy of the form entitled "Notice of Lawsuit and Request for Waiver of Service of Summons;"

    b) One (1) copy of the form entitled "Waiver of Service;"

    c) One (1) copy of the form entitled "Consent to Proceed Before United States Magistrate Judge" with instructions; and

    d) One (1) copy of Rule 4 of the Federal Rules of Civil Procedure

3. Plaintiff shall complete service of process on defendant Smith within **one-hundred twenty (120) days** from the date of service of this order. Plaintiff shall serve a copy of this order and a copy of the form "Consent to Proceed Before United States Magistrate Judge" on defendant at the time of service of the summons and second amended complaint.

4. Plaintiff's failure to timely complete service of the second amended complaint on the defendant Smith may result in dismissal of this action. Fed. R. Civ. P. 4(m).

IT IS SO ORDERED.

**Dated:   August 2, 2005**          /s/ Lawrence J. O'Neill
b9ed48                              UNITED STATES MAGISTRATE JUDGE