# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LOWELL KENTZ,<br><br>        Plaintiff,<br><br>   v.<br><br>EARLENE SMITH,<br><br>        Defendant.<br>_____/ | CASE NO. 1:04-CV-06066-REC-LJO-P<br><br>ORDER STRIKING LETTER RELATING TO DISCOVERY FROM RECORD<br><br>(Doc. 25) |

      Plaintiff Charles Lowell Kentz ("plaintiff") is a federal prisoner proceeding pro se in this civil action pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors. On September 28, 2005, the court issued an order opening the discovery phase of this litigation and setting discovery, amended pleading, and motion deadlines. On October 19, 2005, plaintiff filed with the court a copy of a letter he sent to defendant's counsel relating to discovery.

      Plaintiff is directed to paragraph seven of the court's First Informational Order, filed on August 11, 2004. Discovery is to be conducted between the parties and does not involve the court until such time as a matter requiring court intervention is raised before the court (e.g., a motion to compel or a motion for a protective order). Until such time as a motion for relief is filed with the court, no discovery requests or other documents between the parties concerning discovery are to be filed with the court.

///

///

1

1  Accordingly, pursuant to the court's First Informational Order, the letter filed with the court
2  on October 19, 2005, is HEREBY STRICKEN from the record.

4  IT IS SO ORDERED.

5  Dated:     **October 25, 2005**                                  **/s/ Lawrence J. O'Neill**
   b9ed48                                                            UNITED STATES MAGISTRATE JUDGE