UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LOWELL KENTZ,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>EARLENE SMITH,<br><br>　　　　　Defendant.<br>_____/ | 1:04cv-06066-REC-LJO-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 29)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** (Doc. 28) |

　　　Plaintiff Charles Lowell Kentz ("plaintiff") is a federal prisoner proceeding pro se in this civil rights action pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971).  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　On January 4, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  On January 18, 2006, plaintiff filed objections to the

1

1  Magistrate Judge's Findings and Recommendations.
2       In accordance with the provisions of 28 U.S.C. §
3  636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de
4  novo</u> review of this case.  Having carefully reviewed the entire
5  file, the Court finds the Findings and Recommendations to be
6  supported by the record and by proper analysis.
7       Accordingly, IT IS HEREBY ORDERED that:
8       1.   The Findings and Recommendations, filed January 4,
9  2006, is ADOPTED IN FULL; and
10      2.   Plaintiff's motion for summary judgment, filed December
11 27, 2005, is DENIED.
12 IT IS SO ORDERED.
13 **Dated:  February 15, 2006**          /s/ Robert E. Coyle
   668554                                 UNITED STATES DISTRICT JUDGE

2