# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LOWELL KENTZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EARLENE SMITH,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　／ | CASE NO. 1:04-CV-06066-REC-LJO-P<br><br>ORDER DENYING MOTION FOR STAY OF ACTION<br><br>(Doc. 23) |

　　　Plaintiff Charles Lowell Kentz ("Plaintiff") is a federal prisoner proceeding pro se in this civil action pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors. This action is proceeding on Plaintiff's second amended complaint against Defendant Earlene Smith for discriminating against Plaintiff on the basis of his sexual orientation, in violation of the Equal Protection Clause. On September 27, 2005, Plaintiff filed a motion seeking a stay in this action pending his release from administrative segregation. Plaintiff contends that his placement in segregation is hampering his ability to file a response to Defendant's answer.

　　　In as much as Plaintiff filed a motion for summary judgment on December 27, 2005, it appears that Plaintiff's ability to litigate this case is no longer being hampered. In any event, neither the Federal Rules of Civil Procedure nor the Local Rules provide for a response to an answer and the Court has not requested one. It is therefore unnecessary for Plaintiff to file a response. Further, although the Court will grant Plaintiff extensions of time as needed, the Court will consider staying

///

an action only under limited circumstances and a more restrictive housing placement does not meet the criterion for a stay.

Based on the foregoing, Plaintiff's motion seeking a stay in this action, filed September 27, 2005, is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:   February 16, 2006**            /s/ Lawrence J. O'Neill
b9ed48                                    UNITED STATES MAGISTRATE JUDGE