1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

### EASTERN DISTRICT OF CALIFORNIA

8

9 | CHARLES LOWELL KENTZ,         CASE NO. 1:04-CV-06066-REC-LJO-P

10            Plaintiff,         ORDER DIRECTING CLERK'S OFFICE TO
SERVE DOCUMENT 41 ON DEFENDANT'S

11    v.                             COUNSEL

12 | EARLENE SMITH,

13            Defendant.

14 _____/

15        On March 27, 2006, plaintiff sent a request to the Clerk's Office seeking the issuance of a

16 subpoena pursuant to Federal Rule of Civil Procedure 45.  In accordance with the court's standard

17 practice, the request was filed in and shall be treated as a motion.

18        Because the request was not accompanied by a certificate of service stating that it was served

19 on defendant's counsel, the Clerk's Office is HEREBY DIRECTED to serve defendant's counsel

20 with a copy of the request.

21

22 IT IS SO ORDERED.

23 **Dated:**   **April 4, 2006**               **/s/ Lawrence J. O'Neill**
   b9ed48                       UNITED STATES MAGISTRATE JUDGE

24
25
26
27
28