# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LOWELL KENTZ, | CASE NO. 1:04-CV-06066-REC-LJO-P |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT OR OTHER SANCTIONS |
| v. | |
| EARLENE SMITH, | (Doc. 56) |
| Defendant. | |

Plaintiff Charles Lowell Kentz ("plaintiff") is a federal prisoner proceeding pro se in this civil action pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors. This action is proceeding on plaintiff's second amended complaint against defendant Earlene Smith ("defendant") for discriminating against plaintiff on the basis of his sexual orientation, in violation of the Equal Protection Clause. On April 28, 2006, plaintiff filed a motion seeking the entry of default or other appropriate sanctions based on defendant's alleged failure to timely respond to plaintiff's interrogatories. Defendant did not file a response to the motion.

Plaintiff served interrogatories on defendant on March 22, 2006. (Doc. 56, Exhibit E.) Defendant's response to plaintiff's interrogatories was not due until May 11, 2006. Fed. R. Civ. P. 6(c); Disc. Order, ¶2. Plaintiff's motion was filed prior to the date defendant's response to his interrogatories was due and as such, sets forth no basis supporting the imposition of sanctions upon defendant for failure to timely respond to plaintiff's interrogatories.

///

Plaintiff's motion for entry of default or other sanctions, filed April 28, 2006, is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:   May 30, 2006**            /s/ Lawrence J. O'Neill
b9ed48                        UNITED STATES MAGISTRATE JUDGE