# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LOWELL KENTZ, | CASE NO. 1:04-CV-06066-OWW-LJO-P |
| Plaintiff, | ORDER DENYING DEFENDANT'S REQUEST FOR CONTINUANCE OF TELEPHONIC HEARING |
| v. | |
| EARLENE SMITH, | (Doc. 64) |
| Defendant. | |

Plaintiff Charles Lowell Kentz ("plaintiff") is a federal prisoner proceeding pro se in this civil action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors. This action is proceeding on plaintiff's second amended complaint against defendant ("defendant") Earlene Smith for discriminating against plaintiff on the basis of his sexual orientation, in violation of the Equal Protection Clause.

A telephonic hearing on plaintiff's motions for the issuance of subpoenas duces tecum and ad testificandum is set for June 23, 2006, at 9:30 a.m. before the undersigned in Courtroom 8. Pursuant to the court's order filed on May 31, 2006, defendant's counsel was instructed to arrange for the participation of plaintiff at the hearing and initiate the conference call to (559) 499-5680. In the order, the court provided defendant with the telephone number of the Clerk's Office phone and invited defendant to call and ask to speak to a pro se writ clerk if defendant had any questions or needed assistance facilitating the conference call. On June 22, 2006, defendant filed a request for

///

1 a continuance of the hearing on the bare assertion that she has been unable to coordinate the
2 telephonic appearance of plaintiff at the hearing.
3 　　　　The court finds that defendant has not shown good cause for her request.  The court has been
4 informed by staff at Taft Correctional Institution that ensuring plaintiff's ability to receive
5 defendant's telephone call and participate in the hearing tomorrow should not present a problem.
6 TCI staff will inform the court later today of the telephone number at which plaintiff may be reached
7 tomorrow morning, and the court will at that time provide the telephone number to defendant's
8 counsel.
9 　　　　Based on the foregoing, defendant's motion for a continuance of the telephonic hearing is
10 HEREBY DENIED.
11
12 IT IS SO ORDERED.
13 **Dated:   June 22, 2006**　　　　　　　　　/s/ Lawrence J. O'Neill
　　b9ed48　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE