# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LOWELL KENTZ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>EARLENE SMITH,<br><br>　　　　　　Defendant.<br>_____/ | CASE NO. 1:04-CV-06066-OWW-LJO-P<br><br>ORDER DENYING REQUEST FOR CONSIDERATION OF BRIEF, OR IN THE ALTERNATIVE, FOR A CONTINUANCE OF THE HEARING<br><br>(Doc. 68) |

　　　Plaintiff filed a brief in support of his position at the telephonic hearing held on June 23, 2006, at 9:30 a.m. and requested that the court consider the brief or in the alternative, continue the hearing until July 14, 2006, at 9:30 a.m.  The brief was dated June 21, 2006, and was intended by plaintiff to be considered by the court prior to the hearing, but was not received and filed until June 26, 2006.

　　　The brief was not received in time for the hearing and the hearing was held as scheduled.  Further, the hearing was held to address motions filed by plaintiff which were deemed submitted prior to the hearing.  Local Rule 78-230(m).  Neither party was invited to submit further briefing for consideration at the hearing.  For those reasons, plaintiff's request for consideration of the brief or a continuance of the hearing is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:   June 30, 2006**　　　　　　　　　　／s/ Lawrence J. O'Neill
b9ed48　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1