1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11   CHARLES LOWELL KENTZ,                1:04-cv-06066-OWW-LJO-P

12                  Plaintiff,        **ORDER ADOPTING FINDINGS AND
                                      RECOMMENDATIONS** (Doc. 58)
13   vs.
                                      **ORDER DENYING MOTION FOR
14   EARLENE SMITH,                   PRELIMINARY INJUNCTIVE RELIEF**
                                      (Doc. 40)
15                  Defendant.
                                    /
16

17        Plaintiff Charles Lowell Kentz ("plaintiff") is a federal

18   prisoner proceeding pro se in this civil rights action pursuant

19   to Bivens v. Six Unknown Named Agents of Federal Bureau of

20   Narcotics, 403 U.S. 388 (1971).  The matter was referred to a

21   United States Magistrate Judge pursuant to 28 U.S.C.

22   § 636(b)(1)(B) and Local Rule 72-302.

23        On May 31, 2006, the Magistrate Judge filed a Findings and

24   Recommendations herein which was served on the parties and which

25   contained notice to the parties that any objections to the

26   Findings and Recommendations were to be filed within thirty days.

27   To date, the parties have not filed objections to the Magistrate

28   Judge's Findings and Recommendations.

                                    1

1    In accordance with the provisions of 28 U.S.C. §

2 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de</u>

3 <u>novo</u> review of this case.  Having carefully reviewed the entire

4 file, the Court finds the Findings and Recommendations to be

5 supported by the record and by proper analysis.

6    Accordingly, IT IS HEREBY ORDERED that:

7    1.   The Findings and Recommendations, filed May 31, 2006,

8 is ADOPTED IN FULL; and,

9    2.   Plaintiff's motion for preliminary injunctive relief,

10 filed March 22, 2006, is DENIED.

11

12 IT IS SO ORDERED.

13 **Dated:   August 6, 2006**                      **/s/ Oliver W. Wanger**
   emm0d6                              UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2