# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LOWELL KENTZ,<br><br>        Plaintiff,<br><br>   v.<br><br>EARLENE SMITH,<br><br>        Defendant.<br>_____/ | CASE NO. 1:04-CV-06066-OWW-LJO-P<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 76)<br><br>ORDER DIRECTING CLERK'S OFFICE TO RE-SERVE DOCUMENTS 73 AND 74 ON PLAINTIFF AT HIS NEW ADDRESS OF RECORD<br><br>(Doc. 77) |

Plaintiff Charles Lowell Kentz ("plaintiff") is a federal prisoner proceeding pro se in this civil action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors.  This action is proceeding on plaintiff's second amended complaint against defendant Earlene Smith ("defendant") for discriminating against plaintiff on the basis of his sexual orientation, in violation of the Equal Protection Clause.

On July 31, 2006, defendant filed a motion for summary judgment.  On August 3, 2006, the Court issued an order requiring defendant to show cause within twenty days why the motion should not be stricken from the record, and directing plaintiff not to file any response to the motion until directed to do so by the Court.  On August 9, 2006, plaintiff filed a notice of change of address and a motion seeking an extension of time to file a response to defendant's motion.

1  In light of the Court's order of August 3, 2006, plaintiff's motion for an extension of time
2  to file a response to defendant's motion for summary judgment is HEREBY DENIED, and in light
3  of plaintiff's recent address change, the Clerk's Office is HEREBY DIRECTED to re-serve
4  documents 73 and 74 on plaintiff at his new address of record.

6  IT IS SO ORDERED.

7  **Dated:     August 11, 2006**                          /s/ Lawrence J. O'Neill
   i0d3h8                                           UNITED STATES MAGISTRATE JUDGE