# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LOWELL KENTZ, | CASE NO. 1:04-CV-06066-OWW-LJO-P |
| Plaintiff, | ORDER STRIKING OPPOSITION, PURSUANT TO ORDER FILED AUGUST 3, 2006 |
| v. | |
| EARLENE SMITH, | (Doc. 79) |
| Defendant. | |

On August 14, 2006, plaintiff filed an opposition to defendant's motion for summary judgment. Pursuant to the Court's order of August 3, 2006, which directed plaintiff not to respond to the motion until directed to do so by the Court, plaintiff's opposition is HEREBY STRICKEN from the record.[1]

IT IS SO ORDERED.

**Dated:   August 16, 2006**             /s/ Lawrence J. O'Neill
b9ed48                            UNITED STATES MAGISTRATE JUDGE

---

[1] The Court's order of August 3, 2006, ordered defendant to show cause why her motion should not be stricken from the record.

1