# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LOWELL KENTZ,<br><br>    Plaintiff,<br><br>    v.<br><br>EARLENE SMITH,<br><br>    Defendant.<br>_____/ | CASE NO. 1:04-CV-06066-OWW-LJO-P<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR THE ISSUANCE OF TWO SUBPOENAS DUCES TECUM, AND DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF TWO SUBPOENAS DUCES TECUM FOR COMPLETION AND RETURN TO THE COURT WITHIN THIRTY DAYS<br><br>(Doc. 70) |

Plaintiff Charles Lowell Kentz ("plaintiff") is a federal prisoner proceeding pro se in this civil action pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors. This action is proceeding on plaintiff's second amended complaint against defendant Earlene Smith for discriminating against plaintiff on the basis of his sexual orientation, in violation of the Equal Protection Clause.

On June 26, 2006, the Court issued an order denying plaintiff's motion seeking the issuance of subpoenas for the production of documents by non-parties, subject to a showing of which documents are being sought from which non-parties. On July 6, 2006, plaintiff renewed his motion for the issuance of two subpoenas.

The Court has reviewed plaintiff's motion and shall grant it. Accordingly, it is HEREBY ORDERED that:

///

1

1. Plaintiff's motion for the issuance of two subpoenas duces tecum, filed July 6, 2006, is GRANTED;
2. The Clerk's Office shall send plaintiff two subpoenas duces tecum;
3. Within **thirty (30) days** from the date of service of this order, plaintiff shall fill out the subpoenas and return them to the Court for review.

IT IS SO ORDERED.

**Dated:   August 21, 2006**           /s/ Lawrence J. O'Neill
i0d3h8                                           UNITED STATES MAGISTRATE JUDGE