# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LOWELL KENTZ,<br><br>    Plaintiff,<br><br>  v.<br><br>EARLENE SMITH,<br><br>    Defendant.<br>_____/ | CASE NO. 1:04-CV-06066-OWW-LJO-P<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR A TELEPHONIC HEARING AND FOR DISPOSITION OF PENDING MOTIONS<br><br>(Doc. 82) |

On August 21, 2006, plaintiff filed a motion seeking a telephonic hearing regarding the Court's order to show cause why defendant's motion should not be stricken from the record. Plaintiff also requests disposition of his pending motions.

The Court does not deem it necessary to hold a hearing on its order to show cause. In a separate Findings and Recommendations issued concurrently with this order, the Court recommended that defendant's motion be stricken from the record. Plaintiff's pending motions have been addressed by way of previously filed orders and a Findings and Recommendations.

Accordingly, plaintiff's motion for a telephonic hearing and for disposition of his pending motions is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:   August 24, 2006**          /s/ Lawrence J. O'Neill
b9ed48                                         UNITED STATES MAGISTRATE JUDGE

1