# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LOWELL KENTZ,<br><br>           Plaintiff,<br><br>      v.<br><br>EARLENE SMITH,<br><br>           Defendant._____/ | CASE NO. 1:04-CV-06066-OWW-LJO-P<br><br>ORDER DIRECTING SERVICE OF TWO SUBPOENAS DUCES TECUM BY UNITED STATES WITHOUT PREPAYMENT OF COSTS<br><br>(Docs. 83 and 89) |

Plaintiff Charles Lowell Kentz ("plaintiff") is a federal prisoner proceeding pro se in this civil action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors. This action is proceeding on plaintiff's second amended complaint against defendant Earlene Smith for discriminating against plaintiff on the basis of his sexual orientation, in violation of the Equal Protection Clause.

On August 22, 2006, the Court granted plaintiff's request for the issuance of two subpoenas duces tecum and forwarded two subpoenas to plaintiff for completion and return within thirty days. On August 29, 2006, plaintiff complied with the order and returned the completed subpoenas. In as much as plaintiff provided that the documents be produced at Taft Correctional Institution and plaintiff is no longer housed there, the subpoenas have been modified to direct production at USP-Lompoc, where plaintiff is currently housed. Further, plaintiff provided that production be made on September 12, 2006, at 10:00 a.m. The date selected by plaintiff does not provide sufficient time for the Marshal to effect service of the subpoenas or for compliance with the subpoenas by Duffle

1

and Sy after service. Therefore, the date of production has been changed by the Court to October 30, 2006, at 3:00 p.m.

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of the Court shall forward the following documents to the United States Marshal's Office:

    a. Two (2) completed and issued subpoenas duces tecum to be served on:

    **Ms. S. Duffle, Special Investigations Supervisor**
    **Supervisor's Office**
    **Taft Correctional Institution**
    **1500 Cadet Road**
    **Taft, California 93268**

    **Mr. Kwanto Sy, Special Investigations Supervisor**
    **Supervisor's Office**
    **Taft Correctional Institution**
    **1500 Cadet Road**
    **Taft, California 93268**

    b. Two (2) completed USM-285 forms, one for each subpoena; and

    c. Two (2) copies of this order to accompany each subpoena, plus an extra copy for the U.S. Marshal.

2. Within **TWENTY (20) DAYS** from the date of this order, the U. S. Marshal is DIRECTED to serve on each individual the appropriate subpoena in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure.

3. The U.S. Marshal's Office is DIRECTED to retain a copy of each subpoena in its file for future use.

4. The U.S. Marshal SHALL effect **personal service** of the subpoenas duces tecum, along with a copy of this order for each subpoena, upon the individuals named in the subpoenas pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c) and SHALL command all necessary assistance from Taft Correctional Institution (TCI) to execute this order. The United States Marshal SHALL maintain the confidentiality of all information provided by the TCI pursuant to this order.

///

///

5. Within **TEN (10) DAYS** after personal service is effected, the U. S. Marshal SHALL file the return of service, along with the costs subsequently incurred in effecting service. Said costs shall be enumerated on the USM-285 form.

IT IS SO ORDERED.

**Dated:   September 1, 2006**            /s/ Lawrence J. O'Neill
i0d3h8                             UNITED STATES MAGISTRATE JUDGE