UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LOWELL KENTZ,<br><br>        Plaintiff,<br><br>vs.<br><br>EARLENE SMITH,<br><br>        Defendant.<br>_____/ | 1:04-cv-06066-OWW-LJO-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 88)<br><br>**ORDER STRIKING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT FROM THE RECORD** (Doc. 71)<br><br>**ORDER GRANTING DEFENDANT THIRTY DAYS WITHIN WHICH TO FILE DISPOSITIVE MOTION** |

    Plaintiff Charles Lowell Kentz ("plaintiff") is a federal prisoner proceeding pro se in this civil rights action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On August 24, 2006, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. Defendant did not file an objection.  On September 5, 2006,

plaintiff objected to the recommendation that defendant be granted one more opportunity to file a motion for summary judgment.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed August 24, 2006, is ADOPTED IN FULL;

2. Defendant's motion for summary judgment, filed July 31, 2006, is STRICKEN from the record due to its deficiencies; and,

3. Defendant is GRANTED **thirty (30) days** from the date of service of this order within which to file a dispositive motion.

IT IS SO ORDERED.

**Dated:   October 13, 2006**               /s/ Oliver W. Wanger
emm0d6                                      UNITED STATES DISTRICT JUDGE

2