1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9   CHARLES LOWELL KENTZ,                   CASE NO. 1:04-cv-06066-LJO-NEW (DLB) PC

10                          Plaintiff,        ORDER ADOPTING FINDINGS AND
                                             RECOMMENDATIONS, AND GRANTING
11         v.                                DEFENDANT'S MOTION FOR SUMMARY
                                             JUDGMENT
12   EARLENE SMITH,
                                             (Docs. 96 and 108)
13                          Defendant.
                                             ORDER DIRECTING CLERK OF COURT TO
14                                           ENTER JUDGMENT FOR DEFENDANT
                                        /
15

16         Plaintiff Charles Lowell Kentz ("plaintiff") is a federal prisoner proceeding pro se in this civil

17   action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S.

18   388 (1971), which provides a remedy for violation of civil rights by federal actors.  This action is

19   proceeding on plaintiff's second amended complaint against defendant Earlene Smith for

20   discriminating against plaintiff on the basis of his sexual orientation, in violation of the Equal

21   Protection Clause.  The matter was referred to a United States Magistrate Judge pursuant to 28

22   U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

23         On June 26, 2007, the Magistrate Judge filed a Findings and Recommendations herein which

24   was served on the parties and which contained notice to the parties that any objections to the

25   Findings and Recommendations were to be filed within thirty days.  On July 6, 2007, plaintiff filed

26   an Objection.

27   ///

28   ///

1

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this

2  Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the

3  Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

4    Accordingly, IT IS HEREBY ORDERED that:

5    1.    The Findings and Recommendations, filed June 26, 2007, is adopted in full;

6    2.    Defendant's motion for summary judgment, filed November 13, 2006, is

7        GRANTED, thus concluding this action in its entirety; and

8    3.    The Clerk of the Court shall enter judgment for defendant and against plaintiff.

9

10  IT IS SO ORDERED.

11  **Dated:    August 18, 2007**            /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28